IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHANIE F. WELLS                                                                              PLAINTIFF

VS.                                 CASE NO. 4:05CV00122 JMM

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                                                              DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS THEREFORE ORDERED that Plaintiff's motion for attorney's fees is GRANTED and Plaintiff is hereby awarded attorney's fees and costs in the amount of $4433.50 pursuant to EAJA. The Commissioner is directed to certify said award and pay Plaintiff's attorney this amount

SO ORDERED this 7th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE